## No. 1884.—Henry Lusse *v.* Mische & Co.

Where the appellant fails to prosecute his appeal, and the record discloses no grounds for the appeal, damages will be awarded the appellee for frivolous appeal.

APPEAL from Fourth District Court, parish of Orleans. *Théard,* J. J. *Ad. Rozier,* for plaintiff and appellee. *J. M. Dirhammer,* for defendants and appellants.

Ludeling, C. J. This is an appeal from a judgment on a promissory note in favor of the plaintiff.

The appellant has not filed any brief in this case, nor has he called our attention to any error in the judgment, and we have been unable to see any.

The appellee has asked for damages for a frivolous appeal, and we think they should be awarded.

It is therefore ordered and adjudged that the judgment of the district court be affirmed, with one hundred and fifty dollars damages for a frivolous appeal, and costs of this appeal.